**Order entered April 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00138-CV

### IN THE INTEREST OF T.J.S., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-15124**

## ORDER

We **DENY** appellant's April 2, 2015 motion for a copy of the clerk's record and reporter's record related to the contest to his affidavit of indigence.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE